# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS HALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19-cv-982-ALB ) |
| HOUSTON COUNTY, *et al.*, | ) ) |
| Defendant. | ) ) |

## **ORDER**

On January 27, 2020, the Magistrate Judge entered a Recommendation (Doc. 5) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to file a current address as ordered by this court.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this day, April 14th, 2020.

                                          /s/ Andrew L. Brasher
                                    ANDREW L. BRASHER
                                    UNITED STATES DISTRICT JUDGE